# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:___Sandra Burgos_____ JOINT DEBTOR:_____ CASE NO.:_14 - 22106LMI_
1st Four Digits of SS# ___2600___ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $___100.00___ for months ___1___ to ___60___;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following
creditors:

Administrative:     Attorney's Fee - $___3,500.00 +150.00 Costs___   TOTAL PAID $___1,000.00___
                    Balance Due- $___2,650.00___ payable $ 85.49_/month (Months _1_ to _31_)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____     Arrearage on Petition Date  $_____
Address:_____     Arrears Payment     $_____/month (Months ___ to ___)
   _____     Regular Payment     $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____     Total Due $_____
                          Payable  $_____/month (Months_____ to _____)

Unsecured Creditors:  Pay $_4.51_ month (Months_1_ to _31_), $ 90.00 month (Months_32_ to _60_)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____
Debtor
Date:_____6/11_____

LF-31 (rev. 01/08/10)