

ORDERED in the Southern District of Florida on October 3, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:
Sandra Burgos                               PROCEEDINGS UNDER CHAPTER 13
SSN: xxx-xx-2600                            Case No.: <u>14-22106-LMI</u>
        **Debtor**
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM #4-1

THIS CAUSE came on to be heard on September 9th, 2014 upon the Debtor's Objection to Claim #4-1 of United Consumer Financial Services (Document #26), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtor's Objection to Claim #4-1 is sustained.

2. United Consumer Financial Services Claim #4-1 is disallowed from receiving distribution from the Chapter 13 Trustee, as debtor surrenders any and all interest in subject property.

(###)

Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.